**Verdict Form (Phase Two)**

Answer the questions below as to each plaintiff. All agree that the answer to Question 1 for the first two plaintiffs is "yes." If you answer "yes" to Question 1, then you have found BART liable as to that plaintiff and must answer Question 2 as to that particular plaintiff. Your answers must be unanimous.

| Plaintiff | Question 1<br><br>Has plaintiff proven a prima facie case? YES or NO. | Question 2<br><br>If you answered "YES" to Question 1, state the damages proven by plaintiff, if any. |
|---|---|---|
| Raymond Lockett | YES | $1,507,570 |
| Ryan Rivera | YES | $1,176,367 |
| Tonya Lewis-Williams | YES | $1,371,657 |
| Bradford Mitchell | YES | $1,163,971 |
| Rosalind Parker | YES | $1,279,875 |
| Szu-Cheng Sun (S.C. Sun) | yes | $1,325,140 |

_Connie Green_
FOREPERSON

_23 October 2024_
DATE