Kevin T. Snider, CA State Bar No. 170988
  *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
    mmcreynolds@pji.org;
    mmatchak@pji.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., | Case No.: 3:22-cv-06119-WHA |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF JOINDER OF MOTIONS FOR SUMMARY JUDGMENT AND OPPOSITIONS TO DEFENDANT'S CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | Date: February 29, 2024 |
| | Time: 8:00 a.m. |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | Courtroom: 12 |
| | Judge: Hon. William H. Alsup |
| Defendant. | Related Case: 3:22-cv-09193-WHA |
| | Related Case: 3:22-cv-07720-WHA |

Notice Of Joinder
1

Please take notice that Plaintiffs in the above-encaptioned case joins the plaintiff-arguments and evidence in support of motions for summary judgment and in opposition to Defendant's cross-motion for summary judgment in the related cases of <u>Cooper, et al., v. Bay Area Rapid Transit District</u> (Case No. 3:22-cv-09193-WHA) and <u>Mitchell v. Bay Area Rapid Transit District, et al.</u> (Case No. 3:22-cv-07720-WHA).

Dated: February 28, 2024

                                     <u>s/ Kevin T. Snider</u>
                                     Kevin T. Snider
                                     *Counsel of Record*
                                     PACIFIC JUSTICE INSTITUTE
                                     P.O. Box 276600
                                     Sacramento, CA 95827
                                     Tel. (916) 857-6900
                                     Email: ksnider@pji.org