GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
JAMES M. HANLON, JR., Bar No. 214096
VICTORIA R. NUETZEL, Bar No. 115124
DAWSON P. HONEY, Bar No. 347217
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
OFFICE OF THE GENERAL COUNSEL
SAM N. DAWOOD, Bar No. 178862
2150 Webster Street, 10th Floor
Oakland, CA 94612
Telephone: (510) 464-6050
Facsimile: (510) 464-6049

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-100, <br><br> Defendants. <br><br> AND RELATED CASES | **Case No.** 3:22-cv-06119 WHA <br><br> **RESPONSE TO COURT'S REQUEST FOR FURTHER INFORMATION** <br><br><br> **Cases Nos.** 3:22-cv-09193-WHA <br> 3:22-cv-07720-WHA |

Defendant San Francisco Bay Area Rapid Transit District ("BART") submits this response to the Court's Request for Further Information (Dkt. 68).

1. Plaintiffs provided Dr. Risch's availability to sit for deposition in an email sent at 2:05 p.m. P.T. on March 6, 2024.
2. Dr. Risch's deposition is scheduled to proceed at 9:30 a.m. P.T. on March 13, 2024
3. The deposition has not yet occurred, but BART has no concern that Plaintiffs' counsel will comply with the order.
4. The check was delivered on March 8, 2024.

BART can confirm for the Court that Plaintiffs and Plaintiffs' counsel have thus far complied with the Court's order concerning Dr. Risch (*see* Dkt. 65). BART will timely report any future non-compliance, but none is anticipated. BART respectfully requests that the Court rule on the parties' joint request to continue the trial date.

Dated: March 12, 2024

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP

By: /s/ *James M. Hanlon, Jr.*
Attorneys for Defendant San Francisco Bay Area Rapid Transit District