Kevin T. Snider, CA State Bar No. 170988
*Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
　　　mmcreynolds@pji.org;
　　　mmatchak@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., | ) Case No.: 3:22-cv-06119-WHA |
| Plaintiffs, | ) **SUPPLEMENTAL RESPONSE TO COURT'S REQUEST FOR FURTHER INFORMATION** |
| v. | ) |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-100, | ) **Related Cases:**<br>Case No.: 3:22-cv-07720-WHA<br>Case No.: 3:22-cv-09193-WHA |
| Defendants. | ) |

Plaintiffs in the above-captioned case and related cases join in full the Defendant's Response to the Court's Request for Further Information of March 12, 2024. (Ct. Doc. 69). Further, Plaintiffs submit this supplemental response to the Court's Request for Further Information. (Ct. Doc. 68):

1. Dr. Risch's deposition was held on March 13, 2024.
2. Prior to the deposition, counsel for Plaintiffs provided written notice to the court reporter that Plaintiffs will cover costs of the deposition. At the conclusion of the deposition, counsel for Plaintiffs went on the record to confirm that Plaintiffs will pay for the deposition and defense counsel's attorneys' fees.

In view of this, Plaintiffs join the Defendant's request that the Court rule on the parties' request to continue the trial date.

Dated: March 14, 2024

/s/ Kevin T. Snider
Kevin T. Snider
*Counsel of Record*
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org