UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL CHAVEZ, et al.,

    Plaintiffs,

v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

    Defendant.

No. C 22-06119 WHA

**ORDER RE STIPULATED REQUEST TO CONTINUE TRIAL DATE**

The parties' stipulation is approved, with two caveats (Dkt. No. 67). *First*, this order sets a *tentative* trial date of July 8, 2024. The final pretrial conference will occur on June 13, 2024 at 8 A.M. *Second*, this approval is based on counsel's representations regarding mediation. The parties must therefore select a mediator by March 22. On that day, both sides must jointly submit the name of that mediator and submit a written mediation schedule that will complete all mediation in April and May (and has been cleared with the mediator). All mediation must be completed by May 31.

**IT IS SO ORDERED.**

Dated: March 14, 2024

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE