*2(a)(vi) Plaintiffs' Witness List*

<u>Plaintiffs:</u>

Jonathan Castaneda
Gabriel Chavez
Avin Curry
Rhiannon Doyle
Mary Engler-Contreras
Adrian Gilbert
Perry Griffis
Sergii Grinchenko
Clifton Harrison
Frank Kitzmiller
Phi Le
Raymond Lockett
Michael Manzano
Bradford Mitchell
Rosalind Parker
Susan Richardson
Ryan Rivera
Albert Roth
Szu Chen Sun
Darolyn Turner
Tonya Lewis-Williams

<u>Experts:</u>

Charles Mahla, Ph.D.

**Subject of Information:**  Economist who will provide analysis and an estimate of the economic loss of earnings and benefits arising from Plaintiff-employees termination from the San Francisco Bay Area Rapid Transit District.

Harvey Risch, Ph.D., M.D.:

**Subject of Information:**  Professor Emeritus of Epidemiology and Senior Research Scientist will provide testimony relative to his expert rebuttal report.

<u>Other Witnesses:</u>

*Lt. Edgardo Alvarez*
*Title: Chief of Police*

**Subject of Information:**  Witness at Skelly hearings.  Heard complaints regarding harassment of unvaccinated employees.

Alex Caburnay
Title: AFC Forworker

**Subject of Information:** Supervisor who would try to encourage an employee to get the vaccine.

Name: Gizelle Q. Huynh
Title: Supervisor of Leave Management

**Subject of Information:** *BART employee who was an initial contact for employees requesting religious exemptions and accommodations, including health and safety concerns.*

*Rod Maplestone*
*Title: Manager, Leave Programs Human Resources Department*

**Subject of Information:** *BART employee who was an initial contact for employees requesting religious accommodations; BART position on vaccination*; BART protocol re processing religious exemptions and accommodations, *including health and safety concerns.*

*Name: Kimberly Murphy*
*Title: Retired Community Service Officer and Ordained Minister*

**Subject of Information:** *BART employee who is also a minister who was forced to retire because she would not be vaccinated.*

Steven Rubino
Title: AFC Technician/Chief Steward

**Subject of Information:** Union and BART position of chances of receiving a religious or medical accommodation.

Name: Anthony Zielonka
Title: AFC Manager

**Subject of Information:** Would relay the message (concerning the mandate) from his supervisors regarding the mandate and other COVID-19 protocols.

Debora Allen
Title: Board of Director (District #1)

**Subject of Information:** BART decision regarding the vaccine mandate, exemptions, accommodations, and the testing option.

Gina Galetti
Title: Deputy Chief BART Police

*Subject of Information:*  BART employee who received complaint by unvaccinated employee regarding harassment over vaccination status.

*Name: Mark Keeler*
*Title: Retired Community Service Officer*

*Subject of Information:*  Percipient witness of regarding forced retirement of unvaccinated employees.

*Veronica Rivera Badong Thomas*
*Title: Human Resources Director*

*Subject of Information:*  Process for review of requests for religious exemption and accommodations, including safety.

Joseph Moran
Title:    Transportation supervisor/retired

*Subject of Information:*  Contact BART employees at home recovering from heart surgery to inform him that he needed to take the vaccine or face termination.

Leroy Collins Jr

*Subject of Information:*  Sincerity of belief of BART employee.

Name: Jacquelyn Jackson
Title: Pastor

*Subject of Information:*  Sincerity of belief of BART employee.

Alaric Degrafinried
Title: Assistant and General Manager for Administration.

*Subject of Information:*  BART policies on religious exemptions and accommodation to COVID-19 vaccination mandate; health and safety measures for passengers, including related procurement of products.

Rosalind Bolds
Title: Manager of Talent Acquisition

**Subject of information:**  Hearings and appeals of employees subject to termination for not taking the COVID-19 vaccination.

***Subject of Information:***  BART policies on religious exemptions and accommodation to COVID-19 vaccination mandate; health and safety measures for passengers, including related procurement of products.