1  GLYNN, FINLEY, MORTL,
   HANLON & FRIEDENBERG LLP
2  JAMES M. HANLON, JR., Bar No. 214096
   VICTORIA R. NUETZEL, Bar No. 115124
3  DAWSON P. HONEY, Bar No. 347217
   One Walnut Creek Center
4  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
5  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
6  jhanlon@glynnfinley.com
   vnuetzel@glynnfinley.com
7  dhoney@glynnfinley.com

8  SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
9  SAM N. DAWOOD, Bar No. 178862
   2150 Webster St., 10th Floor
10 Oakland, CA 94612
   Telephone: (510) 464-6023
11 Facsimile: (510) 464-6049
   sdawood@bart.gov
12
   Attorneys for Defendant
13 San Francisco Bay Area Rapid Transit District

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 GABRIEL CHAVEZ, MARY ENGLER-           ) Case No. 3:22-cv-06119-WHA
   CONTRERAS, RHIANNON DOYLE,             )
                                          ) Related Cases:
18 SUSAN RICHARDSON, JOHNATHAN            ) Case No. 3:22-cv-09193-WHA
   CASTANEDA, JAMES GILHEANY, PHI         ) Case No. 3:22-cv-07720-WHA
19 LI GEMA ESPINOZA-CARR, AVIN            )
   CURRY on behalf of themselves and all  ) **JOINT SPECIAL VERDICT FORM**
20 other similarly situated persons,      )
                                          ) Trial Date: July 8, 2024
21              Plaintiffs,               ) Time: 8:00 a.m.
                                          )
22     vs.                                )
                                          )
23 SAN FRANCISCO BAY AREA RAPID           )
   TRANSIT DISTRICT, and DOES 1-100       )
24                                        )
                Defendants.               )
25 _____)

26

27

28

We the jury answer the questions submitted to us as follows:

## PART I

### Title VII

1. Did [name of plaintiff] present to BART a sincerely held religious belief that conflicted with vaccination against COVID-19?

    \_\_\_\_\_ Yes

    \_\_\_\_\_ No

If your answer to Question 1 is yes, then answer Question 2. If you answered no, then skip Question 2 and answer Question 3.

2. Did BART prove that it was not able to reasonably accommodate [name of plaintiff] to continue employment while unvaccinated against COVID-19 without suffering an undue burden?

    \_\_\_\_\_ Yes

    \_\_\_\_\_ No

Answer Question 3.

### FEHA

3. Did [name of plaintiff] present to BART a sincerely held religious belief that conflicted with vaccination against COVID-19?

    \_\_\_\_\_ Yes

    \_\_\_\_\_ No

If your answer to Question 3 is yes, then answer Question 4. If you answered no, then skip Question 4 and proceed to PART II.

4. Did BART prove that it was not able to reasonably accommodate [name of plaintiff] to continue employment while unvaccinated against COVID-19 without suffering an undue burden?

    \_\_\_\_\_ Yes

    \_\_\_\_\_ No

///

If your answer to Question 2 is yes, then stop here, answer no further questions, and have the presiding juror sign and date this form. If your answer to Question 2 is no, then answer Question 3.

**PART II**

If you answered yes to Question 2 and/or Question 4, then answer Question 5. If you did not answer yes to Question 2 and/or Question 4, then stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.    Was [name of plaintiff] harmed by [his/her] discharge from employment at BART?

\_\_\_\_\_ Yes

\_\_\_\_\_ No

If your answer to Question 5 is yes, then answer Question 6. If your answer to Question 5 is no, then stop here, answer no further questions, and have the presiding juror sign and date this form.

    6.    What are [name of plaintiff]'s damages?

_____ Past economic loss

_____ Future economic loss

_____ Non-economic damages

_____ Total

Signed: _____
             Presiding Juror

Dated: _____

After all the verdict forms have been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.