1   GLYNN, FINLEY, MORTL,
    HANLON & FRIEDENBERG LLP
2   JAMES M. HANLON, JR., Bar No. 214096
    VICTORIA R. NUETZEL, Bar No. 115124
3   DAWSON P. HONEY, Bar No. 347217
    One Walnut Creek Center
4   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
5   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
6   jhanlon@glynnfinley.com
    vnuetzel@glynnfinley.com
7   dhoney@glynnfinley.com

8   SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
    OFFICE OF THE GENERAL COUNSEL
9   SAM N. DAWOOD, Bar No. 178862
    2150 Webster St., 10th Floor
10  Oakland, CA 94612
    Telephone: (510) 464-6023
11  Facsimile: (510) 464-6049
    sdawood@bart.gov
12
    Attorneys for Defendant
13  San Francisco Bay Area Rapid Transit District

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16
                                     )  **Case No. 3:22-cv-06119-WHA**
17  GABRIEL CHAVEZ, MARY ENGLER-     )
    CONTRERAS, RHIANNON DOYLE,       )  **Related Cases:**
18  SUSAN RICHARDSON, JOHNATHAN      )  **Case No. 3:22-cv-09193-WHA**
    CASTANEDA, JAMES GILHEANY, PHI   )  **Case No. 3:22-cv-07720-WHA**
19  LI GEMA ESPINOZA-CARR, AVIN      )
    CURRY on behalf of themselves and all )
20  other similarly situated persons,  )  **DEFENDANT'S RESPONSE TO**
                                     )  **REQUEST FOR INFORMATION**
21               Plaintiffs,          )
                                     )
22          vs.                       )
                                     )
23  SAN FRANCISCO BAY AREA RAPID     )
    TRANSIT DISTRICT, and DOES 1-100  )
24                                   )
                 Defendants.          )
25  _____ )

26

27

28

1    The Court has ordered the parties to clarify whether defendant San Francisco Bay Area

2  Rapid Transit District's ("BART") expert witnesses, Dr. Joseph Lewnard and Nancy McClellan,

3  prepared reply reports to "the Risch opposition or his statements during his March 13

4  deposition." (Doc. 107.)  The answer is yes and no.

5    Yes, each of BART's experts prepared a reply report addressing Dr. Risch's opposition

6  report.  True and correct copies of those reply reports are attached as Exhibits 1 and 2.  When the

7  Court permitted Dr. Risch's late disclosure and report (Doc. 65), the Court directed BART to

8  provide reply reports from its experts by March 14.  BART and its experts complied with that

9  deadline, with Ms. McClellan's reply report dated March 12, and Dr. Lewnard's March 13.

10    No, those report reports did not address statements made by Dr. Risch during his

11  March 13 deposition.  Because the reply reports were prepared before Dr. Risch was deposed,

12  they addressed only his opposition report, not the additional work and opinions Dr. Risch

13  revealed for the first time during his deposition.

14

15    Dated: June 13, 2024

16                                          GLYNN, FINLEY, MORTL,
                                            HANLON & FRIEDENBERG, LLP
17                                          JAMES M. HANLON, JR.
                                            VICTORIA R. NUETZEL
                                            DAWSON P. HONEY
18

19                                          By: /s/ James M. Hanlon, Jr.
                                            Attorneys for Defendant San Francisco
20                                          Bay Area Rapid Transit District

21

22

23

24

25

26

27

28

DEFENDANT'S RESPONSE TO REQUEST FOR INFORMATION

# EXHIBIT 1

**RESPONSE TO THE EXPERT REPORT BY DR. HARVEY RISCH**

Joseph Lewnard, PhD

13 March, 2024

## SCOPE OF ENGAGEMENT

I was engaged by Glynn, Finley, Mortl, Hanlon & Friedenberg, LLP in the coordinated matters *Cooper, et al. v. San Francisco Bay Area Rapid Transit District* (4:22-cv-09193-WHA), *Chavez, et al. v. San Francisco Bay Area Rapid Transit District* (4:22-cv-06119-WHA), and *Mitchell v. San Francisco Bay Area Rapid Transit District* (4:22-07720-WHA), which are currently pending in the United States District Court for the Northern District of California.

I was asked to give opinions within my area of scientific expertise as an epidemiologist in response to the following matters raised by Dr. Harvey Risch in the Plaintiffs' Rebuttal Expert Disclosure (Expert Report) dated 12 February, 2024:

1. The distinction between goals of preventing SARS-CoV-2 exposure and preventing SARS-CoV-2 transmission in BART facilities;

2. The protection afforded by vaccination with respect to prevention of onward transmission;

3. The extension of BART's employee vaccination policy to employees, but not passengers;

4. The equivalence of immunity acquired from either infection or vaccination at the time BART's employee vaccination was in effect (October 2021 through January 2022).

My fee for this assignment is $795/hr.

My opinions are based on my knowledge, skill, training, education, and materials considered (identified herein). I hold the opinions stated below to a reasonable degree of scientific certainty. The materials I considered in connection with this report are identified in the footnotes herein. The summary of my relevant qualifications is included with my original report in this matter (dated 16 January, 2024).

**FULL OPINIONS WITH SUPPORT**

*1. The distinction between goals of preventing SARS-CoV-2 exposure and preventing SARS-CoV-2 transmission in BART facilities.*

Within my original report dated January 13, 2024, I stated that BART's employee vaccination policy responded to the need to "mitigate the possibility that exposures to SARS-CoV-2 occurring in premises operated by BART". In his Expert Report, Dr. Risch states that he takes issue with the appropriateness of this goal, arguing instead that:

> The goal of the vaccination mandate policy should have been to attempt to prevent the substantial *transmission* [emphasis original] of Covid-19 infection from BART employees to each other and to the general ridership clientele. Exposure is not the same as transmission, and this is not a facile distinction. Exposure is only relevant to the degree that it results in transmission, but transmission is the crucial endpoint, for that is, by definition, the spread of the infection from an infected person to exposed susceptible individuals.

Here Dr. Risch correctly distinguishes transmission of SARS-CoV-2 from one individual to another from exposure to SARS-CoV-2. However, the argument fails to address BART's practical ability to mitigate transmission if exposure—which is prerequisite to transmission—is itself not prevented. Of the interventions available at the relevant time (October 2021 through January 2022), no available or readily implementable interventions offered a promising strategy for reducing transmission risk once infectious individuals were present in BART facilities. For instance, by October 2021, strategies that received widespread attention early in the pandemic such as physical distancing (e.g., instructions to maintain 3- or 6-foot distances from other individuals),[1] frequent hand-washing[2] and surface cleaning,[3] use of nitrile (or other) gloves in

---

[1] Kutter JS, de Meulder D, Besterbroer TM, et al. SARS-CoV and SARS-CoV-2 are transmitted through the air between ferrets over more than one meter distance. *Nat Commun* 2021; 12:1653.

[2] Simmerman JM, Suntarattiwong P, Levy J, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. *Influenza Oth Respir Virus* 2011; 5:256-67.

Moncion K, Young K, Tunis M, et al. Effectiveness of hand hygiene practices in preventing influenza virus infection in the community setting: a systematic review. *Can Commun Dis Rep* 2019; 45:12-23.

[3] Kampf G, Lemmen S, Suchomel M. Ct values and infectivity of SARS-CoV-2 on surfaces. *Lancet Infect Dis* 2021; 21:e141.

Mondelli MU, Colaneri M, Seminari EM, Baldanti F, Bruno R. Low risk of SARS-CoV-2 transmission by fomites in real-life conditions. *Lancet Infect Dis* 2020; 21:e112.

Onakpoya IJ, Heneghan CJ, Spencer EA, et al. SARS-CoV-2 and the role of fomite transmission: a systematic review. *F100Res* 2021; 10:233.

community settings,[4] and construction of physical (e.g., plexiglass) barriers[5] had each been roundly discredited due to their ineffectiveness in preventing respiratory virus transmission, in not only scientific studies, but popular media as well.[6] While it is now known that face masks are effective in preventing transmission,[7] evidence available at the time remained uncertain,[8] underscoring that this approach could not be relied on. In his Expert Report, Dr. Risch has not identified alternative strategies that BART could have relied on to mitigate risk of transmission if exposures were permitted to occur without intervention, nor has he presented sources of evidence suggesting these approaches are, in fact, effective.

Thus, in the absence of effective strategies that would have enabled BART to achieve Dr. Risch's stated goal of preventing transmission from exposure to infectious individuals, the need to prevent exposures from occurring remained critical. In this respect, vaccination offered unparalleled effectiveness for reducing risk of transmission by preventing infectious individuals from arriving in BART facilities where they could expose others to SARS-CoV-2. Contrary to Dr. Risch's suggestion that the effects of COVID-19 on "source control" are unclear because they were not assessed in pre-licensure randomized controlled trials by manufacturers, this class of effects has been demonstrated overwhelmingly in independent (i.e., not manufacturer-sponsored) postlicensure studies estimating the effectiveness of COVID-19 vaccines in preventing both asymptomatic and symptomatic infection with SARS-CoV-2.[9]

---

[4] European Centre for Disease Prevention and Control. Use of gloves in healthcare and non-healthcare settings in the context of the COVID-19 pandemic. Available from: https://www.ecdc.europa.eu/en/publications-data/gloves-healthcare-and-non-healthcare-settings-covid-19. Accessed 12 March 2024.

[5] UK Scientific Advisory Group for Emergencies. Role of screens and barriers in mitigating COVID-19 transmission. Available from: https://www.gov.uk/government/publications/emg-role-of-screens-and-barriers-in-mitigating-covid-19-transmission-1-july-2021. Accessed 12 March 2024.

[6] Thompson D. Hygiene theater is a huge waste of time. *The Atlantic*. Available from: https://www.theatlantic.com/ideas/archive/2020/07/scourge-hygiene-theater/614599/. Accessed 15 January 2024.

Ives M, Mandavilli A. The coronavirus is airborne indoors. Why are we still scrubbing surfaces? *New York Times*. Available from: https://www.nytimes.com/2020/11/18/world/asia/covid-cleaning.html. Accessed 15 January 2024.

Fisher M. Temp checks, digital menus and "touchless" mustard: the maddening persistence of "hygiene theater". *Washington Post*. Available from: https://www.washingtonpost.com/health/hygiene-theater-covid/2021/06/12/3f767d9a-c327-11eb-8c18-fd53a628b992_story.html. Accessed 15 January 2024.

[7] Andrejko KL, Pry JM, Myers JF, et al. Effectiveness of face mask or respiratory use in indoor public settings for prevention of SARS-CoV-2 infection—California, February-December, 2021. *Morbid Mortal Wkly Rep* 2022; 71:212-6.

[8] Bundgaard H, Bundgaard JS, Raaschou-Pederson DET, et al. Effectiveness of adding a mask recommendation to other public health measures to prevent SARS-CoV-2 infection in Danish mask wearers: a randomized controlled trial. *Ann Intern Med* 2020; 174:335-43.

Cowling BJ, Zhou Y, Ip DKM, Leung GM, Aiello AE. Face masks to prevent transmission of influenza virus: a systematic review. *Epidemiol Infect* 2010; ;138:449-56.

[9] Feikin DR, Higdon MM, Abu-Raddad LJ, et al. Duration of effectiveness of vaccines against SARS-CoV-2 infection and COVID-19 disease: results of a systematic review and meta-regression. *Lancet* 2022; 399:924-44.

2. *The protection afforded by vaccination with respect to prevention of onward transmission.*

Having established that his analysis focuses on strategies to mitigate risks of SARS-CoV-2 transmission once exposure occurs, Dr. Risch further proceeds to mischaracterize evidence of the effectiveness of vaccines in preventing such transmission through deliberately selective, or more often outright misleading, mischaracterization of studies on the subject. First, with respect to primary protection offered by vaccines in preventing infection, Dr. Risch cites CDC data and similar descriptive studies[10] which reported descriptive figures on incidence of SARS-CoV-2 infection or diagnosed COVID-19 cases among vaccine recipients which make no comparison to risk of the same outcomes within a "control" group of unvaccinated individuals. However, such comparisons are the necessary inferential basis for measuring the effectiveness (or ineffectiveness) of vaccines, and the data presented offer no conclusions on this matter whatsoever (nor do they invalidate the findings of the definitive meta-analysis on the subject cited above[11]).

Second, on the subject of effects of vaccines in reducing individuals' risk of onward transmission after becoming infected, Dr. Risch characterizes the Madewell et al. meta-analysis (the largest aggregation of studies on this subject[12]) as presenting similar secondary attack risk estimates for individuals exposed to vaccinated versus unvaccinated index cases in their households (presumed often to be the source of transmission)—especially for the Delta and Omicron variants, stating that "the fact of vaccination of the index case made no tangible benefit for risk of household transmission." In contrast to this characterization, the Madewell et al. meta-analysis in fact directly demonstrated estimated vaccine effects on infectiousness ($VE_{I,p}$), i.e., the reduction in risk of onward transmission by a vaccinated case who acquires infection in comparison to their risk had they been unvaccinated, showing a 22% (95% confidence interval: 11-32%) and 18% (1-33%) reduction in risk of onward transmission for the Delta and Omicron variants, respectively. Accounting further for effects of vaccination in preventing primary infection, the total reduction in risk of transmission ($VE_{T,p}$) was estimated at 64% (58-70%) for Delta and 36% (13-53%) for Omicron. Thus, Dr. Risch's position that vaccination was ineffective in reducing SARS-CoV-2 transmission (i.e., "Post-vaccination breakthrough infections were commonly occurring, and the vaccines in that period did not materially stop

---

[10]See table on Page 5 of Expert Report by Dr. Risch describing the count of cases among vaccinated individuals, in addition to additional cited materials:

Brown CM, Vostok J, Johnson H, et al. Outbreak of SARS-COV-2 infections, including COVID-19 vaccine breakthrough infections, associated with large public gatherings—Barnstable County, Massachusetts, July 2021. *Morbid Mortal Wkly Rep* 2021; 70:1059-62.

Chau NVV, Ngoc NM, Nguyet LA, et al. An observational study of breakthrough SARS-CoV-2 Delta variant infections among vaccinated healthcare workers in Vietnam. *eClinicalMedicine* 2021; 41:e101143.

[11] Feikin DR, Higdon MM, Abu-Raddad LJ, et al. Duration of effectiveness of vaccines against SARS-CoV-2 infection and COVID-19 disease: results of a systematic review and meta-regression. *Lancet* 2022; 399:924-44.

[12] Madewell ZJ, Yang Y, Longini IM, et al. Household secondary attack rates of SARS-CoV-2 by variant and vaccination status: an updated systematic review and meta-analysis. *JAMA Netw Open* 2022; 5:e229317.

secondary transmission of infections") is directly contradicted by the findings of the primary source he relies upon to support his point.

3. *The extension of BART's employee vaccination policy to employees, but not passengers*

Dr. Risch further notes that, under BART's employee vaccination policy, "the general ridership was not required to be vaccinated… and reductions in employee transmission generally would not have much changed transmission risks largely driven by the ridership." This point neglects several pertinent implications of BART's employee vaccination policy. The first is BART's duty to protect members of the public (as well as its own employees) from avoidable health risks that they could encounter in its facilities, under circumstances where tools available to BART (such as requiring employees to be vaccinated) could reduce such risk. Over the course of several hours within transit environments, BART employees may share airspaces with hundreds or thousands of individuals daily—including both riders and other employees—and thus pose outsize risk of causing secondary cases in comparison to passengers who only pass through these settings transiently. While BART lacked effective or efficient means of screening passengers for their vaccination history, the employee vaccination policy provided a framework for responsibly fulfilling BART's own duty to mitigate the possibility for its employees to cause infections (which could be significant in number) among each other or among passengers.

The substantial risk of adverse clinical outcomes associated with such infections, if they were to occur, further underscores BART's duty to ensure its employees would not play a role in causing infections. The ~2.7% risk of hospital admission and 0.7% risk of death, across all ages, for individuals infected with ancestral lineages of SARS-CoV-2, increased appreciably with the Delta variant, which was dominant at the time BART implemented its employee vaccination policy.[13] These risks vastly exceed nearly all other hazards that employees and passengers may reasonably expect to encounter within transit environments in both probability and severity, underscoring that BART's duty to prevent its employees from causing infections—for instance, through vaccination—is consistent with its broader obligation to ensure safe conditions for workers and riders alike.

A final consideration about the policy for requiring vaccination among BART employees, even if vaccination could not be verified among passengers, is that this strategy helped to ensure continuity of BART's provision of essential transit services. Given that BART employees could encounter high risks of acquiring infection from the hundreds or thousands of passengers they come into contact with daily, as well as from other sources outside of work, vaccination among employees played a key defense against a scenario in which absence of BART employees would compromise delivery of transit functions—a key component of public infrastructure for Bay

---

[13] Lapidus N, Paireau J, Levy-Bruhl et al. Do not neglect SARS-CoV-2 hospitalization and fatality risk sin the middle-aged adult population. *Infect Dis Now* 2021; 51:380-2.

Bast E, Tang F, Dahn J, Palacio A. Increased risk of hospitalization and death with the delta variant in the USA. *Lancet Infect Dis* 2021; 21:1629-30.

Area communities which was disproportionately relied upon by essential workforce members during the pandemic.[14]

4. *The equivalence of immunity acquired from either infection or vaccination at the time BART's employee vaccination was in effect (October, 2021 through January, 2022).*

Last, Dr. Risch states that BART's "proper goal of reducing transmission and the looser goal of reducing exposure could however have sought accomplishment by either vaccination or natural immunity," here using the term "natural immunity" in reference to protection derived from immune responses to prior infection. Multiple studies have contradicted this conjecture that vaccination would offer limited value to previously-infected individuals. Whereas early studies did demonstrate that prior infection was associated with short-term protection against reinfection,[15] vaccination of individuals who were infected previously was found to restore waning protection against SARS-CoV-2 to levels exceeding 90% over sustained intervals (up to 9 months' follow-up were available in the first study on this subject, as compared to ~69% by the same point in time for individuals who did not receive vaccination after previous infection[16]). In a separate study comparing previously-infected individuals aged 16-64 years who subsequently received vaccination to those who did not subsequently receive vaccination, those who were vaccinated experienced 82% (80-84%) lower risk of reinfection.[17] Thus, Dr. Risch's claim that prior infection should have been considered equivalent to vaccination as a means of achieving BART's objectives of reducing risk of SARS-CoV-2 exposure and transmission within its facilities is contradicted by available evidence: vaccination offered substantial additional protection to individuals who were previously infected.

---

[14] Moench M. "I rely on BART": Essential workers who depend on public transit fear service cuts in pandemic. *San Francisco Chronicle*. Available from: https://www.sfchronicle.com/bayarea/article/I-rely-on-BART-Essential-workers-who-15671468.php. Accessed 12 March, 2024.

[15] Hansen CH, Michlmayr D, Gubbels SM, et al. Assessment of protection against reinfection with SARS-CoV-2 among 4 million PCR-tested individuals in Denmark in 2020: a population-level observational study. *Lancet* 2021; 397:1204-12.

[16] Hall V, Foulkes S, Insalata F, et al. Protection against SARS-CoV-2 after COVID-19 vaccination and previous infection. *NEJM* 2022; 386:1207-20.

[17] Hammerman A, Sergienko R, Friger M, et al. Effectiveness of the BNT162b2 vaccine after recovery from COVID-19. *NEJM* 386:1221-9.

13 March, 2024

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13th day of March, 2024, at San Francisco, California.

Joseph A. Lewnard, Ph.D.

# EXHIBIT 2

**Review of Plaintiffs' Expert Harvey Risch, M.D., Ph.D. Rebuttal**

Nancy M. McClellan, M.P.H., CIH, CHMM

March 12, 2024

Review of the provided Plaintiffs' Disclosure of Rebuttal Expert Testimony dated February 13, 2024, from Harvey Risch, M.D., Ph.D. for the case Chavez, et al. v. San Francisco BART disclosed a number of examples of improper methodology, inconsistencies, and scientific misrepresentations.

The case Chavez, et al. v. San Francisco BART is an occupational health case with the focus of prevention of the SARS-CoV-2 virus transmission.  Occupational health professionals held responsible for making workplace decisions regarding communicable diseases keep the anticipation, recognition, evaluation, control and prevention of biohazards at the forefront of their program development.  Plaintiff Expert Harvey Risch, Ph.D. was not engaged in professional practice regarding infectious diseases or pandemics/epidemics from 1983-2020 per his CV.  The only publication possibly related to the subject matter of this case dates back to the very beginning of his career before 1983 at https://doi.org/10.1016/0025-5564(83)90047-0.  The primary focus of his documented work is the epidemiological implications of various cancers.  This lack of focus on this case subject matter is underscored by the fact that the plaintiff expert's attached CV does not even include the cited 1983 "An Approximate Solution for the Standard Deterministic Epidemic Model" dated publication from when he was a student at University of Washington, Seattle, nor does he employ this methodology in his opposition report.

The first four references in Risch's report, https://doi.org/10.1093/aje/kwaa093, https://doi.org/10.1016/j.tmaid.2020.101906, https://doi.org/10.1016/j.amjmed.2020.07.003, and https://doi.org/10.31083/j.rcm.2020.04.264, all authored by Risch, state that "An outpatient treatment that prevents hospitalization is desperately needed",  "There is a clear need to try to stop disease progression as early in the disease process as possible", and "There has been considerable focus on 2 major areas of response to the pandemic: containment of the spread of infection and reducing inpatient mortality", in their texts.  These statements were made by Risch in May through December of 2020 before the vaccine was widely available and clearly acknowledge that prevention measures that reduce the disease severity and transmission were the top priority.  Vaccines in 2021 addressed those priorities that Risch himself underscores.[1,2]

Risch states on page 2 of the rebuttal document, "As preamble to this discussion, I assert that the Covid-19 pandemic should not have been managed by reliance on counts of infections or cases, but on counts of hospitalizations or deaths caused by the infection. The fact that apparent case

---

[1] Shah ASV, Gribben C, Bishop J, Hanlon P, Caldwell D, Wood R, Reid M, McMenamin J, Goldberg D, Stockton D, Hutchinson S, Robertson C, McKeigue PM, Colhoun HM, McAllister DA. Effect of Vaccination on Transmission of SARS-CoV-2. N Engl J Med. 2021 Oct 28;385(18):1718-1720. doi: 10.1056/NEJMc2106757. Epub 2021 Sep 8. PMID: 34496200; PMCID: PMC8451182.

[2] Thomas, Stephen J., et al., Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine through 6 Months, New England Journal of Medicine, 385, 191761-1773, November 2021, https://doi.org/10.1056/NEJMoa2110345

occurrence correlates with these severe outcomes is not a justification of its use as a measure of interest, because estimates of Covid-19 infection mortality range about 0.2-0.3% averaged across the age span, and post-infection natural immunity serves a public good for the great majority of people who do not develop long-term serious sequelae of infection." These statements are assertions that it is somehow an advantage or priority that if an infectious disease doesn't kill a population, but rather only kills the most vulnerable, it will make the population stronger. [3] This statement also erroneously asserts that natural immunity created by infection was superior to the immunity created by vaccination, despite the documented scientific evidence stating otherwise by 2021. [4,4,5] We also knew by 2021 that leaving any population unvaccinated and relying on the development of natural immunity via infection to address the pandemic also increased the likelihood of the SARS-CoV-2 virus to mutate, potentially become more transmissible, and therefore become a variant that was more difficult to prevent and treat. [5,6,7]

Risch states on page 2 that "The goal of the vaccination mandate policy should have been to attempt to prevent the substantial *transmission* of Covid-19 infection from BART employees to each other and to the general ridership clientele", without considering or elaborating on the two primary textbook factors, severity and likelihood, that actually determine the risk of transmission.[8] The typical, industry-standard, occupational health risk assessment approach considers the severity of Covid-19 as a high severity health outcome since fatality rates reported in May 2021 were as high at 17% in older Americans.[9] The likelihood of transmission in high risk environments, including but not limited to those with higher population density and poor or unpredictable ventilation, was also known to be high in 2021. [10,11] On page 8, Risch again vaguely refers to risk assessment stating that "Scientific precision was necessary in formulating this goal, as opposed to the looser goal bearing upon potential virus exposures that may or may not be of consequence depending upon the susceptibilities of persons exposed to those exposures." He does not add any specificity to "scientific precision" and does not acknowledge that BART employees were essential and at a much higher relative risk of infection than the general population. The combination of high severity and high likelihood place the overall risk as high,

[3] Spellberg B, Nielsen TB, Casadevall A. Antibodies, Immunity, and COVID-19. *JAMA Intern Med*. 2021;181(4):460–462. doi:10.1001/jamainternmed.2020.7986

[4] Lipsitch M, Kahn R. Interpreting vaccine efficacy trial results for infection and transmission. Updated 2/28/21 [accessed 04/30/2021]. https://doi.org/ 10.1101/2021.02.25.21252415.

[5] Rubin R. COVID-19 Vaccines vs Variants—Determining How Much Immunity Is Enough. *JAMA*. 2021;325(13):1241–1243. doi:10.1001/jama.2021.3370

[6] Adaptive immunity to SARS-CoV-2 and COVID-19, Alessandro Sette and Shane Crotty at https://doi.org/10.1016/j.cell.2021.01.007

[7] Hybrid Immunity. Science. Shane Crotty. 372 1392-1393 (2021). DOI: 10.1126/science.abj2258.

[8] A Strategy for Assessing and M

[9] Demographic Trends of Covid-19 cases and deaths in the US reported to CDC, May 27, 2021, at https://Covid.cdc.gov/covid-data-tracker/#demographics

[10] OSHA Covid-19 Guidance: OSHA Protecting Workers_ Guidance on Mitigating and Preventing the Spread of COVID-19 in the Workplace, August 2021 at https://www.osha.gov/coronavirus/safework#:~:text=Additional%20fundamental%20controls%20that%20protect,respirators%20when%20appropriate)%2C%20and%20proper

[11] OSHA Guidance on Preparing Workplaces for Covid-19, OSHA Document #3990-03, 2020

warranting the highest protections and controls with vaccination at the top of the list since vaccination was proven to reduce transmission likelihood and disease severity.

Risch correctly states on page 2 that "Exposure is not the same as transmission, and this is not a facile distinction. Exposure is only relevant to the degree that it results in transmission, but transmission is the crucial endpoint, for that is, by definition, the spread of the infection from an infected person to exposed susceptible individuals."  Risch does not opine on exposure prevention, nor does he cover any of the occupational engineering, administrative or personal protective equipment methods of exposure prevention and makes the error of not acknowledging the scientific evidence of vaccination as the highest priority engineering control for reducing transmission by reducing the duration of exposure potential.[12]

Risch states on page 2 that "By mid-late 2021, large fractions of the general population had already had Covid-19 or had been vaccinated (trends in population uptake of vaccination in California shown at the top of the next page) during 6-9 months in the past, or both, thus for many of those individuals, in that time frame, exposure per se would not have resulted in clinical infection, and thus not transmission." His data reference on page 2 indicates that those in California that were fully vaccinated at the time of the BART vaccine mandate was less than 55%, which is below the desired percent for establishing herd immunity, especially in consideration that natural immunity was and is less protective than vaccination and natural immunity combined and cannot be quantitively added to the percentage.  Risch believes that those with natural immunity can be quantified, but he didn't mathematically model this predication or provide scientific references for this statement.

Risch states on page 2 that "In transit, the general ridership was not required to be vaccinated, thus contribution of BART employees to transmission in vehicles would on average have been small compared to the contribution of riders, and reductions in employee transmission generally would not have much changed transmission risks largely driven by the ridership"  Risch does not provide scientific reference for his assumption of a "small" contribution, and this statement indicates that Risch considers increasing the risk to the general public by BART employees as an acceptable risk, which is not supported by the guidance and regulatory mandates set forth for essential workers in Q-4 of 2021.[13,14,15]

Risch states on page 3 of the rebuttal that the linked Pfizer conference held in October of 2022 revealed that "... vaccine effects on infection transmission were not explicitly studied by the

[12] Jung J, Kim JY, Park H, Park S, Lim JS, Lim SY, Bae S, Lim YJ, Kim EO, Kim J, Park MS, Kim SH. Transmission and Infectious SARS-CoV-2 Shedding Kinetics in Vaccinated and Unvaccinated Individuals. JAMA Netw Open. 2022 May 2;5(5):e2213606. doi: 10.1001/jamanetworkopen.2022.13606. PMID: 35608859; PMCID: PMC9131744.
[13] SFMTA Public Transit Worker Vaccination Mandate per State of California, March 16, 2021
[14] San Francisco Department of Human Resources Covid-19 Vaccine Information FAQ, Sept 2022 at https://sfdhr.org/sites/default/files/documents/COVID-19/COVID-19-Vaccine-CCSF-Employee-FAQs.pdf
[15] San Francisco Department of Human Resources Covid-19 Vaccine Information FAQ, Sept 2022 at https://sfdhr.org/sites/default/files/documents/COVID-19/COVID-19-Vaccine-CCSF-Employee-FAQs.pdf

vaccine manufacturers in their RCT studies." At the end of 2021, evidence existed supporting the fact that vaccines did impact infection transmission as a basis for vaccine mandates. [1,2,10] Risch's opinion contradicts the CDC slides he references on page 3 on many counts. He states "First, by the end of July 2021, CDC was already aware and alarmed at the Covid-19 vaccines' inadequate performance in reducing transmission of the delta variant, and made those observations public (CDC McMorrow presentation slide, top of next page; the red box is original to the slide). " Review of the linked slides actually reference the public's alarm, not the CDC's alarm and there is no reference to vaccine being cited as inadequate in performance. The data fully supported vaccination as a priority measure in reducing transmission and severe disease outcomes, with the only exception being those at high risk (immunocompromised and elderly).

On page 4, Risch reproduced the CDC slide stating the Delta variant had increased transmissibility, lower VE, and current vaccine coverage, and that (non-pharmaceutical interventions) NPIs were needed to reduce transmission of Delta variant. These points were not proven as the CDC used the term "may be" to signal that more data was needed, the vaccine prevented more than 90% of severe disease and still significantly impacted infection and transmission. It is also noteworthy that the Delta variant was not the only strain of consideration in late 2021. Alpha was still a consideration. The CDC talking points included the facts that vaccinated individual risk of severe disease had a 10x decrease and the risk of infection had a 3X decrease with vaccination as the priority over and in addition to NPI's. There are no signals in CDC's communication that NPI's are wholly sufficient or superior to vaccination.

Throughout Risch's report, he focuses on vaccinated individuals without comparison to the disease incidence or severity in unvaccinated individuals. On page 4 of the rebuttal Risch states that "A similar study of breakthrough infections was done at UC San Diego Health (Keehner et al., *NEJM* 2021). From March 1 to July 31, 2021, 227 health-care workers tested positive for SARS-CoV-2 by PCR assay of nasal swabs; 130 of the 227 workers (57.3%) were fully vaccinated. During these months, on average, 83% of the health-care workers were fully vaccinated." He fails to fairly report that the attack rate or the number of cases per 1000 is 4X higher for unvaccinated individuals.

On page 5, Risch refers to a study by Madewell, et al. that was published in late April of 2022 with the illogical expectation that it could have informed San Francisco BART's 2021 vaccination mandate.

On page 7 there are a number of errors in this statement: "From these various cited studies and data, I conclude that the Covid-19 mRNA vaccines in use in the US during the second half of 2021, when the delta strain was circulating were, as a 2-dose regimen, weak in substantially reducing infection transmission. Post-vaccination breakthrough infections were commonly occurring, and the vaccines in that period did not materially stop secondary transmission of infections. Information supporting this conclusion was publicly available during the latter half of 2021." First, the CDC data that Risch cites contradict his claim of the vaccine being "weak." Second, the vaccine was not intended to stop all infection, but to substantially lessen the severity and transmission

duration, which it did accomplish.  Thirdly, his "information" references are dated as 2022 publications and not relevant to the decision for a San Francisco BART vaccination mandate in 2021.

Regarding Risch's References Cited, a review of the references disclosed additional contradictions of his opinions to include the following.

    a.  The fourth reference https://doi.org/10.31083/j.rcm.2020.04.264 contains Figure 1., shown below, that places vaccination as a priority in December 2020.



    b.  In the Brown, et al. reference at https://www.cdc.gov/mmwr/volumes/70/wr/mm7031e2.htm, the CDC recognizes the high transmissibility of the Delta variant and breakthrough infections, but recommends additional administrative controls, not reduced vaccination rates, by stating "What are the implications for public health practice?  Jurisdictions might consider expanded prevention strategies, including universal masking in indoor public settings, particularly for large public gatherings that include travelers from many areas with differing levels of SARS-CoV-2 transmission."

    c.  The reference "Resurgence of SARS-CoV-2 Infection in a Highly Vaccinated Health System Workforce" at https://www.nejm.org/doi/full/10.1056/NEJMc2112981 published September 2021, underscored the point that the solution to the change in vaccine effectiveness was not to reduce vaccination rates but to increase the use of additional controls.  The article specifically states in the last paragraph "Our findings underline the importance of rapidly reinstating nonpharmaceutical interventions, such as indoor masking and intensive testing strategies, in addition to continued efforts to increase vaccinations, as strategies to prevent avoidable illness and deaths and to avoid mass disruptions to society during the spread of this formidable variant. Furthermore, if our findings on waning immunity are verified in other settings, booster doses may be indicated." Again, the reference cites the need for more vaccination, not less.

Executed this 12th day of March 2024, in Shelby Township, Michigan.

Nancy M. McClellan, M.P.H., CIH, CHMM
Occupational Health Management, PLLC