Kevin T. Snider, CA State Bar No. 170988
  *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
    mmcreynolds@pji.org;
    mmatchak@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., | Case No.: 3:22-cv-06119-WHA |
| Plaintiffs, | |
| v. | **PLAINTIFFS' RESPONSE TO REQUEST FOR INFORMATION** |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | |
| Defendant. | **RELATED CASES** |
| BRADFORD MITCHELL, | Case No.: 3:22-cv-07720-WHA |
| Plaintiff, | |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, et al. | |
| JERAMIAH COOPER, et al., | Case No.: 3:22-cv-09193-WHA |
| Plaintiffs, | |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | |

The Court requested further information relative to the reply reports of Defendant's experts to Dr. Harvey Risch. Counsel for Defendant has submitted said reports marked as Exhibits 1 and 2. Counsel for Plaintiffs verifies that Exhibits 1 and 2 are accurate copies of the documents submitted by Defendant's experts.

Respectfully submitted this 13th day of June 2024,

/s/ Kevin Snider
Kevin T. Snider

*Attorney for Plaintiffs*

PLAINTIFFS' RESPONSE TO REQUEST FOR INFORMATION
2