1  GLYNN, FINLEY, MORTL,
   HANLON & FRIEDENBERG LLP
2  JAMES M. HANLON, JR., Bar No. 214096
   VICTORIA R. NUETZEL, Bar No. 115124
3  DAWSON P. HONEY, Bar No. 347217
   One Walnut Creek Center
4  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
5  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
6  jhanlon@glynnfinley.com
   vnuetzel@glynnfinley.com
7  dhoney@glynnfinley.com

8  SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
9  SAM N. DAWOOD, Bar No. 178862
   2150 Webster St., 10th Floor
10 Oakland, CA 94612
   Telephone: (510) 464-6023
11 Facsimile: (510) 464-6049
   sdawood@bart.gov

12

   Attorneys for Defendant
13 San Francisco Bay Area Rapid Transit District

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 GABRIEL CHAVEZ, MARY ENGLER-  )  **Case No. 3:22-cv-06119-WHA**
   CONTRERAS, RHIANNON DOYLE,   )
                                )  **Consolidated Cases:**
18 SUSAN RICHARDSON, JOHNATHAN   )  **Case No. 3:22-cv-09193-WHA**
   CASTANEDA, JAMES GILHEANY, PHI)  **Case No. 3:22-cv-07720-WHA**
19 LI GEMA ESPINOZA-CARR, AVIN   )
   CURRY on behalf of themselves and all )
20 other similarly situated persons,     )  **STIPULATION RE: DISMISSAL**
                                )  **OF JURORS**
21             Plaintiffs,      )
                                )  **Trial Date:  July 8, 2024**
22      vs.                     )  **Time: 7:30 a.m.**
                                )
23 SAN FRANCISCO BAY AREA RAPID  )
   TRANSIT DISTRICT, and DOES 1-100 )
24                              )
               Defendants.      )
25 _____ )

26

27

28

- 1 -
STIPULATION RE: DISMISSAL OF JURORS

1  Pursuant to the Court's Order re Jury Questionnaire (Doc. 126), the parties have met and
2  conferred and stipulate that the following jurors can be dismissed without coming to the
3  courtroom:
4  Eddie Altamirano
5  Benjamin Arnold-Galati
6  Braden Becker
7  Alana Cobb
8  Jacqueline Cuellar
9  Elizabeth Erickson
10  Jessica Fly
11  Gabriela Gomez
12  Tanisha Greene
13  Melyssa Huang
14  Yu Hong Liu
15  Fidelina Lopez
16  Daneil Lovanovsky-Zimninsky
17  Alize Marsh
18  Wesley Matheny
19  Kenneth Meehan
20  Faviola Meza
21  Jackie Nachtigall
22  Alejandra Ramirez-Pena
23  Andrea Schwab
24  Maureen K. Smith
25  Destiney Taylor
26  Teresita Vierneza
27  Tatjana Ziemer
28  ///

- 3 -

| | |
|---|---|
| 1 | Dated: July 2, 2024 |
| 2 | PACIFIC JUSTICE INSTITUTE |
| | KEVIN T. SNIDER |
| | MATTHEW B. MCREYNOLDS |
| 3 | MILTON E. MATCHAK |

By: */s/ Kevin T. Snider*
    Attorneys for Plaintiffs

Dated: July 2, 2024

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
JAMES M. HANLON, JR.
VICTORIA R. NUETZEL
DAWSON P. HONEY

By: */s/ James M. Hanlon, Jr.*
    Attorneys for Defendant San Francisco
    Bay Area Rapid Transit District