1  GLYNN, FINLEY, MORTL,
   HANLON & FRIEDENBERG LLP
2  JAMES M. HANLON, JR., Bar No. 214096
   VICTORIA R. NUETZEL, Bar No. 115124
3  DAWSON P. HONEY, Bar No. 347217
   One Walnut Creek Center
4  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
5  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
6  jhanlon@glynnfinley.com
   vnuetzel@glynnfinley.com
7  dhoney@glynnfinley.com

8  SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
9  SAM N. DAWOOD, Bar No. 178862
   2150 Webster St., 10th Floor
10 Oakland, CA 94612
   Telephone: (510) 464-6023
11 Facsimile: (510) 464-6049
   sdawood@bart.gov

12

   Attorneys for Defendant
13 San Francisco Bay Area Rapid Transit District

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

|  |  |
|---|---|
| 17 GABRIEL CHAVEZ, MARY ENGLER-CONTRERAS, RHIANNON DOYLE, SUSAN RICHARDSON, JOHNATHAN CASTANEDA, JAMES GILHEANY, PHILI GEMA ESPINOZA-CARR, AVIN CURRY on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-100<br><br>Defendants. | Case No. 3:22-cv-06119-WHA<br><br>Related Cases:<br>Case No. 3:22-cv-09193-WHA<br>Case No. 3:22-cv-07720-WHA<br><br>**JOINT STIPULATED FACTS TO BE READ TO JURY**<br><br>Trial Date:   July 8, 2024<br>Time:         8:00 a.m. |

**GENERAL STIPULATIONS**

1. The San Francisco Bay Area Rapid Transit District, known as BART, is a heavy rail public transportation service.

2. BART trains travel through Alameda, Contra Costa, San Francisco, San Mateo, and Santa Clara counties.

3. BART has approximately 4,300 employees.

4. On October 14, 2021, the BART Board of Trustees passed a policy that required all employees to be vaccinated against COVID-19 as a condition of continued employment.

5. Employees were required to be fully vaccinated by December 13, 2021.

6. BART employees could apply for a religious exemption from the vaccine policy.

7. Each Plaintiff was employed by BART.

8. Each Plaintiff applied to BART for a religious exemption and accommodation from the COVID-19 vaccination policy.

9. For those Plaintiffs granted an exemption, BART concluded that no reasonable accommodation was available to excuse the Plaintiff from compliance with the COVID-19 vaccination policy.

10. Each Plaintiff was separated from their employment from BART, whether by termination, compelled resignation, or compelled early retirement, because he or she refused to comply with the vaccination policy.

**STIPULATIONS FOR FIRST GROUP OF PLAINTIFFS**

*Rhiannon Doyle*

a. Rhiannon Doyle began her employment at the San Francisco Bay Area Rapid Transit District on June 18, 2007. Her employment ended on December 21, 2021. Her hourly wage was $34.63.

///
///
///
///

*Adrian Gilbert*
   a. Adrian Gilbert submitted a request for religious exemption from the vaccine policy, which was granted.
   b. Adrian Gilbert began his employment at the San Francisco Bay Area Rapid Transit District on September 9, 2019. His employment ended on February 5, 2022. His hourly wage was $37.07.

*Clifton Harrison*
   a. Clifton Harrison began his employment at the San Francisco Bay Area Rapid Transit District on August 30, 2016. His employment ended on January 31, 2022. His hourly wage was $41.19.

*Phi Le*
   a. Phi Le submitted a request for religious exemption from the vaccine policy, which was granted.
   b. Phi Le began his employment at the San Francisco Bay Area Rapid Transit District on February 27, 2012. His employment ended on February 17, 2022. His hourly wage was $34.63.

*Susan Richardson*
   a. Susan Richardson began her employment at the San Francisco Bay Area Rapid Transit District on January 24, 2012. Her employment ended on February 10, 2022. Her hourly wage was $41.19.

*Darolyn Turner*
   a. Darolyn Turner submitted a request for religious exemption from the vaccine policy, which was granted.
   b. Darolyn Turner began her employment at the San Francisco Bay Area Rapid Transit District on September 5, 2017. Her employment ended on January 29, 2022. Her hourly wage was $41.19.

///
///

1  *Albert Roth*

2    a.  Albert Roth began his employment at the San Francisco Bay Area Rapid Transit District on August 11, 2003.  His employment ended on February 7, 2022.  His hourly wage was $53.25.

Dated: July 3, 2024

    PACIFIC JUSTICE INSTITUTE
    KEVIN T. SNIDER
    MATTHEW B. MCREYNOLDS
    MILTON E. MATCHAK

    By: */s/ Kevin T. Snider*
        Attorneys for Plaintiffs

Dated: July 3, 2024

    GLYNN, FINLEY, MORTL,
    HANLON & FRIEDENBERG, LLP
    JAMES M. HANLON, JR.
    VICTORIA R. NUETZEL
    DAWSON P. HONEY

    By: */s/ James M. Hanlon, Jr.*
        Attorneys for Defendant San Francisco
        Bay Area Rapid Transit District