GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG LLP
JAMES M. HANLON, JR., Bar No. 214096
VICTORIA R. NUETZEL, Bar No. 115124
DAWSON P. HONEY, Bar No. 347217
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
jhanlon@glynnfinley.com
vnuetzel@glynnfinley.com
dhoney@glynnfinley.com

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
OFFICE OF THE GENERAL COUNSEL
SAM N. DAWOOD, Bar No. 178862
2150 Webster St., 10th Floor
Oakland, CA 94612
Telephone: (510) 464-6023
Facsimile: (510) 464-6049
sdawood@bart.gov

Attorneys for Defendant
San Francisco Bay Area Rapid Transit District

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, MARY ENGLER-CONTRERAS, RHIANNON DOYLE, SUSAN RICHARDSON, JOHNATHAN CASTANEDA, JAMES GILHEANY, PHI LI GEMA ESPINOZA-CARR, AVIN CURRY on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-100<br><br>Defendants. | Case No. 3:22-cv-06119-WHA<br><br>Related Cases:<br>Case No. 3:22-cv-09193-WHA<br>Case No. 3:22-cv-07720-WHA<br><br>**AMENDED JOINT REPORT RE: FIRST PHASE PLAINTIFFS** |

On June 13, 2024, the parties identified the Plaintiffs whose claims will be tried in the first phase of trial. Plaintiff Frank Kitzmiller identified as one of the plaintiffs in the first phase has settled his claims and the parties have agreed that he will be replaced by Automatic Fare Collection Foreworker, Albert Roth

Dated: July 5, 2024

        PACIFIC JUSTICE INSTITUTE
        KEVIN T. SNIDER
        MATTHEW B. MCREYNOLDS
        MILTON E. MATCHAK

        By: */s/ Kevin T. Snider*
            Attorneys for Plaintiffs

Dated: July 5, 2024

        GLYNN, FINLEY, MORTL,
        HANLON & FRIEDENBERG, LLP
        JAMES M. HANLON, JR.
        VICTORIA R. NUETZEL
        DAWSON P. HONEY

        By: */s/ James M. Hanlon, Jr.*
            Attorneys for Defendant San Francisco
            Bay Area Rapid Transit District