Kevin T. Snider, CA State Bar No. 170988
  *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
       mmcreynolds@pji.org;
       mmatchak@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., | Case No.: 3:22-cv-06119-WHA |
| Plaintiffs, | STIPULATION FOR DISMISSAL |
| v. | CASES CONSOLIDATED FOR TRIAL: |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | Case No.: 3:22-cv-07720-WHA |
| | Case No.: 3:22-cv-09193-WHA |
| Defendant. | |

Through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Gema Espinosa-Carr, Jeramiah Cooper, Avin Cury, Ronald Freeman II, Antonio Gonzalez, Silverio Gonzalez, Sergii Grinchenko, La Ron Johnson, Frank Kitzmiller, Jim Lasovich, Michael Manzano, Christopher Monaco, Teresa Owens, Jim Scullion, Nick Taylor, and Seamus Wilson, and the Defendant, San Francisco Bay Area Rapid Transit District (collectively the "Parties"), have entered into settlement agreements resolving all disputes between them.  Therefore, the Parties through their attorneys, hereby stipulate that Gema Espinosa-Carr, Jeramiah

1  Cooper, Avin Cury, Ronald Freeman II, Antonio Gonzalez, Silverio Gonzalez, Sergii
2  Grinchenko, La Ron Johnson, Frank Kitzmiller, Jim Lasovich, Michael Manzano,
3  Christopher Monaco, Teresa Owens, Jim Scullion, Nick Taylor, and Seamus Wilson be
4  dismissed from the complaint with prejudice.

6  SO STIPULATED.

7  Dated:  July 5, 2024

         By: /s/ Kevin Snider
             KEVIN SNIDER
             *Attorney for Plaintiffs*

13  Dated:  July 5, 2024

         By: /s/ Vicki Neutzal
             VICKI NEUTZAL
             *Attorney for Defendant*

ATTESTATION

I, Kevin Snider, am the ECF user whose ID and password are being used to file the above Stipulation for Dismissal and Order Thereon. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: June 4, 2024.

By: /s/ Kevin Snider
KEVIN SNIDER
*Attorney for Plaintiffs*