**SPECIAL VERDICT FORM (PHASE ONE)**

Answer the questions below as to each plaintiff. If you answer "no" to Question 1, do not answer Questions 2 or 3. If you answer "yes" to Question 1, and "yes" to Question 2, do not answer Question 3. If you answer "yes" to Question 1, and "no" to Question 2, then you have found BART liable as to that plaintiff and must answer Question 3 as to that particular plaintiff. Your answers must be unanimous.

We, the jury, render verdict as follows:

| Plaintiff Name | QUESTION 1<br>Has plaintiff proven their *prima facie* case? YES or NO. | QUESTION 2<br>Has BART proven undue hardship? YES or NO. | QUESTION 3<br>If you answered "YES" to Question 1 and "NO" to Question 2, state the damages proven by plaintiff, if any. |
|---|---|---|---|
| Darolyn Turner | _____ | _____ | $ _____ |
| Phi Le | _____ | _____ | $ _____ |
| Clifton Harrison | _____ | _____ | $ _____ |
| Susan Richardson | _____ | _____ | $ _____ |
| Adrian Gilbert | _____ | _____ | $ _____ |
| Albert Roth | _____ | _____ | $ _____ |
| Rhiannon Doyle | _____ | _____ | $ _____ |

_____          _____

FOREPERSON                                                    DATE