UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, <br><br> Defendant. | No. C 22-06119 WHA <br> **Consolidated with:** <br> No. C 22-07720 WHA <br> No. C 22-09193 WHA <br><br> **NOTICE OF FINAL CHARGE TO THE JURY AND SPECIAL VERDICT FORM FOR FIRST PHASE** |

After a charging conference, appended hereto is a copy of the final charge to the jury and the special verdict form for the first phase.