SPECIAL VERDICT FORM (PHASE ONE)

Answer the questions below as to each plaintiff. All agree that the answer to Question 1 for the first three plaintiffs is "yes." If you otherwise answer "no" to Question 1, do not answer Questions 2 or 3. If you answer "yes" to Question 1, and "yes" to Question 2, do not answer Question 3. If you answer "yes" to Question 1, and "no" to Question 2, then you have found BART liable as to that plaintiff and must answer Question 3 as to that particular plaintiff. Your answers must be unanimous.

We, the jury, render verdict as follows:

| Plaintiff | QUESTION 1 Has plaintiff proven a *prima facie* case? YES or NO. | QUESTION 2 Has BART proven undue hardship? YES or NO. | QUESTION 3 If you answered "YES" to Question 1 and "NO" to Question 2, state the damages proven by plaintiff, if any. |
|---|---|---|---|
| Darolyn Turner | YES | 7 YES  1 NO | $ |
| Phi Le | YES | 7 YES  1 NO | $ |
| Adrian Gilbert | YES | 7 YES  1 NO | $ |
| Clifton Harrison | YES | 7 YES  1 NO | $ |
| Susan Richardson | YES | 7 YES  1 NO | $ |
| Albert Roth | YES | 7 YES  1 NO | $ |
| Rhiannon Doyle | YES | 7 YES  1 NO | $ |

_____Deepa_____          07/17/2024
FOREPERSON                DATE