Kevin T. Snider, CA State Bar No. 170988
  *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
    mmcreynolds@pji.org;
    mmatchak@pji.org

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, <br><br> Defendant. | Case No.: 3:22-cv-06119-WHA <br><br> STIPULATION FOR DISMISSAL <br><br> CASES CONSOLIDATED FOR TRIAL: <br><br> Case No.: 3:22-cv-07720-WHA <br><br> Case No.: 3:22-cv-09193-WHA |

Through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Albert Roth, Phi Le, Adrian Gilbert, Susan Richardson, and Mary Engler-Contreras, and the Defendant, San Francisco Bay Area Rapid Transit District (collectively the "Parties"), have entered into settlement agreements resolving all disputes between them. Therefore, the Parties through their attorneys, hereby stipulate that Albert Roth, Phi Le, Adrian Gilbert, Susan Richardson, and Mary Engler-Contreras be dismissed from the complaint with prejudice.

Stipulation for Dismissal
1

SO STIPULATED.

Dated:   October 3, 2024

By: /s/ Kevin Snider
KEVIN SNIDER
*Attorney for Plaintiffs*

Dated:   October 3, 2024

By: /s/ Vicki Nuetzel
VICKI NUETZEL
*Attorney for Defendant*

ATTESTATION

I, Kevin Snider, am the CM/ECF user whose ID and password are being used to file the above Stipulation for Dismissal and Order Thereon. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: October 3, 2024.

By: /s/ Kevin Snider
KEVIN SNIDER
*Attorney for Plaintiffs*