1  GLYNN, FINLEY, MORTL,
   HANLON & FRIEDENBERG LLP
2  JAMES M. HANLON, JR., Bar No. 214096
   VICTORIA R. NUETZEL, Bar No. 115124
3  DAWSON P. HONEY, Bar No. 347217
   One Walnut Creek Center
4  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
5  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
6  jhanlon@glynnfinley.com
   vnuetzel@glynnfinley.com
7  dhoney@glynnfinley.com

8  SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT
   OFFICE OF THE GENERAL COUNSEL
9  SAM N. DAWOOD, Bar No. 178862
   2150 Webster St., 10th Floor
10 Oakland, CA 94612
   Telephone: (510) 464-6023
11 Facsimile: (510) 464-6049
   sdawood@bart.gov
12
   Attorneys for Defendant
13 San Francisco Bay Area Rapid Transit District

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 GABRIEL CHAVEZ, MARY ENGLER-           )   **Case No. 3:22-cv-06119-WHA**
   CONTRERAS, RHIANNON DOYLE,             )
                                          )   **Consolidated Cases:**
18 SUSAN RICHARDSON, JOHNATHAN            )   **Case No. 3:22-cv-09193-WHA**
   CASTANEDA, JAMES GILHEANY, PHI         )   **Case No. 3:22-cv-07720-WHA**
19 LI GEMA ESPINOZA-CARR, AVIN            )
   CURRY on behalf of themselves and all  )
20 other similarly situated persons,      )   **STIPULATION RE:**
                                          )   **DISMISSAL OF JURORS**
21                    Plaintiffs,         )
                                          )   **Trial Date:  October 15, 2024**
22        vs.                             )   **Time: 7:30 a.m.**
                                          )
23 SAN FRANCISCO BAY AREA RAPID           )
   TRANSIT DISTRICT, and DOES 1-100       )
24                                        )
                      Defendants.         )
25                                        )

26

27

28

Pursuant to the Court's Tentative Order Excusing Potential Jurors (Doc. 190), the parties have met and conferred and stipulate that the following additional potential jurors can be dismissed without coming to the courtroom:

Kathryn Aguilar

Jayden Delgado

Dated: October 10, 2024

PACIFIC JUSTICE INSTITUTE
KEVIN T. SNIDER
MATTHEW B. MCREYNOLDS
MILTON E. MATCHAK

By: */s/ Kevin T. Snider*
Attorneys for Plaintiffs

Dated: October 10, 2024

GLYNN, FINLEY, MORTL,
HANLON & FRIEDENBERG, LLP
JAMES M. HANLON, JR.
VICTORIA R. NUETZEL
DAWSON P. HONEY

By: */s/ James M. Hanlon, Jr.*
Attorneys for Defendant San Francisco Bay Area Rapid Transit District