# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 10/17/2024 | **Time:** 7:26 – 1:07 = 5 Hours; 7 Minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 22-cv-06119-WHA | **Case Name:** Lewis-Williams v. San Francisco Bay Area Rapid Transit District | |
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Debra Pas | |

**Attorneys for Plaintiff:** Kevin Snider, Matthew McReynolds, Milton Matchak, Jessica Barsotti.

**Attorneys for Defendant:** James Hanlon, Jr., Victoria Nuetzal, Dawson Honey, Sam Dawood (BART), Jeffrey Lau (BART), Jeana Zelan.

## PROCEEDINGS

JURY TRIAL - Held.

## SUMMARY

Witnesses: Jeffery Lau, Robert Powers, Rodderick Lee, Rodney Maplestone, Michael Edwards, Roland Fowlks, Rosalind Parker, Tonya Lewis-Williams.

Admitted Exhibits: 304, 10, 373, 410, 383, 361, 195, 194, 395, 326, 391, 359, 381, 199, 200.

Defense RESTS – Phase One.