UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 22-cv-06119-WHA
Case Name: **Lewis-Williams v. San Francisco Bay Area Rapid Transit District**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William Alsup | Kevin Snider, Matthew McReynolds, Milton Matchak, Jessica Barsotti | James Hanlon, Jr., Victoria Nuetzal, Dawson Honey, Sam Dawood, Jeffrey Lau (BART Rep.), Jeana Zelan |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| 10/17/2024 | Debra Pas | Angella Meuleman |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 7:26 a.m. | | | Court in session. Draft of Final Charge on Phase I handed out to the parties. Housekeeping matters discussed outside presence of jury. | |
| | | 7:44 a.m. | | | Jury present. Court makes remark re: refreshments to the jury. | |
| | | 7:45 a.m. | | | Witness, **Jeffery Lau**, on the witness stand and previously sworn for testimony. Direct examination of witness by Victoria Nuetzal. | |
| | | 7:54 a.m. | | | Cross-examination of witness by Matthew McReynolds. | |
| | | 8:26 a.m. | | | Re-direct examination of witness by Victoria Nuetzal. | |
| | | 8:28 a.m. | | | Re-cross examination of witness by Matthew McReynolds. | |
| | | 8:32 a.m. | | | Witness thanked and excused. | |
| | | 8:34 a.m. | | | Witness, **Robert Powers**, approached the witness stand and sworn for testimony. Direct examination of witness by John Hanlon, Jr. | |
| | 304 | | X | X | October 18, 2021 Memorandum re: approval of vaccine mandate. | |
| | 10 | | X | X | Employee Vaccination Policy. | |
| | | 8:56 a.m. | | | Cross-examination of witness by Milton Matchak. | |
| | | 9:21 a.m. | | | Re-direct examination of witness by John Hanlon, Jr. | |
| | | 9:22 a.m. | | | Re-cross examination of witness by Milton Matchak. | |
| | | 9:24 a.m. | | | Jury admonished and excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 9:26 a.m. | | | Court in recess. | |
| | | 9:46 a.m. | | | Court reconvened. Jury present. Witness, **Rodderick Lee**, approached the witness stand and sworn for testimony. Direct examination of witness by Victoria Nuetzal. | |

Case No: 22-cv-06119-WHA
Case Name: Lewis-Williams v. San Francisco Bay Area Rapid Transit District
Date: October 17, 2024
Courtroom Deputy: Angella Meuleman - Court Reporter: Debra Pas

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 373 | | X | X | Job Description – Customer Service Clerk. | |
| | | 9:55 a.m. | | | Cross-examination of witness by Matthew McReynolds. | |
| | | 10:00 a.m. | | | Witness thanked and excused. | |
| | | 10:00 a.m. | | | Witness, **Rodney Maplestone**, approached the witness stand and sworn for testimony. Direct examination of witness by John Hanlon, Jr. | |
| | 410 | | X | X | U.S. EEOC Guidance – Questions and Answers. | |
| | 383 | | X | X | January 5, 2022 – Rivera – No accommodation. | |
| | | 10:23 a.m. | | | Cross-examination of witness by Milton Matchak. | |
| 361 | | | X | X | December 20, 2021 – Lewis-Williams – Denial of Religious Exemption. | |
| 195 | | | X | X | Approval of religious exemption request. | |
| 194 | | | X | X | No accommodation, Covid-19 Vaccine Mandate Religious Exemption request, Exhibit 2 to Cooper Complaint. | |
| | | 10:50 a.m. | | | Re-direct examination of witness by John Hanlon, Jr. | |
| | | 10:52 a.m. | | | Re-cross examination of witness by Milton Matchak. | |
| | | 10:52 a.m. | | | Witness thanked and excused. | |
| | | 10:55 a.m. | | | Witness, **Michael Edwards**, approached the witness stand and sworn for testimony. Direct examination of witness by Victoria Nuetzal. | |
| | 395 | | X | X | Job Description – Rolling Stock Component Maintenance Superintendent. (Plaintiff Mitchell) | |
| | 326 | | X | X | Job Description – Operations Supervisor Liaison. | |
| | 391 | | X | X | Job Description – Computer Electronic Technician. | |
| | 359 | | X | X | Utility Worker Job Description. | |
| | | 11:20 a.m. | | | Jury admonished and excused for break. Housekeeping matters discussed outside presence of jury. | |
| | | 11:22 a.m. | | | Court in recess. | |
| | | 11:36 a.m. | | | Court reconvened. Jury present. | |
| | | 11:37 a.m. | | | Cross-examination of witness by Kevin Snider. | |

Case No: 22-cv-06119-WHA
Case Name: Lewis-Williams v. San Francisco Bay Area Rapid Transit District
Date: October 17, 2024
Courtroom Deputy: Angella Meuleman - Court Reporter: Debra Pas

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:54 a.m. | | | Re-direct examination of witness by Victoria Nuetzal. | |
| | | 11:54 a.m. | | | Witness, **Roland Fowlks**, approached the witness stand and sworn for testimony.  Direct examination of witness by Victoria Nuetzal. | |
| | 381 | | X | X | Job Description – Storekeeper. | |
| | | 12:09 p.m. | | | Cross-examination of witness by Matthew McReynolds. | |
| | | 12:16 p.m. | | | Witness thanked and excused. | |
| | | 12:17 p.m. | | | Defense RESTS Phase One. | |
| | | 12:18 p.m. | | | Witness, **Rosalind Parker**, approached the witness stand and sworn for testimony.  Direct examination of witness by Matthew McReynolds. | |
| 199 | | | X | X | Parker's Religious Exemption Form. | |
| 200 | | | X | X | Denial of religious exemption. | |
| | | 12:39 p.m. | | | Cross-examination of witness by John Hanlon, Jr. | |
| | | 12:40 p.m. | | | Re-direct examination of witness by Matthew McReynolds. | |
| | | 12:41 p.m. | | | Witness thanked and excused. | |
| | | 12:42 p.m. | | | Witness, **Tonya Lewis-Williams**, approached the witness stand and sworn for testimony.  Direct examination of witness by Kevin Snider. | |
| | | 12:51 p.m. | | | Cross-examination of witness by John Hanlon, Jr. | |
| | | 12:56 p.m. | | | Re-direct examination of witness by Kevin Snider. | |
| | | 12:58 p.m. | | | Witness thanked and excused. | |
| | | 1:00 p.m. | | | Jury admonished and excused for the day.  Housekeeping matters discussed outside presence of jury.  Parties directed to return tomorrow morning and get started at 7:20AM for the charging conference. | |
| | | 1:07 p.m. | | | Court adjourned. | |