UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONYA LEWIS-WILLIAMS, et. al.,

    Plaintiffs,

    v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

    Defendant.

No. 22-06119 WHA

**NOTICE OF FINAL CHARGE TO THE JURY AND SPECIAL VERDICT FORM FOR PHASE ONE**

After a charging conference and further revision, appended hereto is a copy of the final charge to be read to the jury and the special verdict form for the first phase.

**IT IS SO ORDERED.**

Dated: October 18, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE