## Verdict Form (Phase One)

Answer the question below as to each plaintiff.  Your answers must be unanimous.

| Plaintiff | Has BART proven that the plaintiff could not be reasonably accommodated without undue hardship? Answer YES or NO as to each plaintiff. |
|---|---|
| **Tonya Lewis-Williams** | _____ |
| **Raymond Lockett** | _____ |
| **Bradford Mitchell** | _____ |
| **Rosalind Parker** | _____ |
| **Ryan Rivera** | _____ |
| **Szu Cheng Sun (S.C. Sun)** | _____ |

_____        _____

FOREPERSON                                               DATE