UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TONYA LEWIS-WILLIAMS, et al.,

    Plaintiffs,

    v.

SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,

    Defendant.

No. C 22-06119 WHA

**Consolidated with:**
No. C 22-07720 WHA
No. C 22-09193 WHA

**NOTICE OF FINAL CHARGE TO THE JURY AND VERDICT FORM FOR SECOND PHASE**

Appended hereto is a copy of the final charge to the jury and the verdict form for the second phase. A charging conference will be held **TOMORROW, TUESDAY, OCTOBER 22, 2024, AT 7:20AM**. Any and all objections or additions must be raised to be preserved for appeal.

**IT IS SO ORDERED.**

Dated: October 21, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE