**Verdict Form (Phase Two)**

Answer the questions below as to each plaintiff.  All agree that the answer to Question 1 for the first two plaintiffs is "yes."  If you answer "yes" to Question 1, then you have found BART liable as to that plaintiff and must answer Question 2 as to that particular plaintiff.  Your answers must be unanimous.

| Plaintiff | Question 1<br><br>Has plaintiff proven a prima facie case? YES or NO. | Question 2<br><br>If you answered "YES" to Question 1, state the damages proven by plaintiff, if any. |
|---|---|---|
| Raymond Lockett | YES | $_____ |
| Ryan Rivera | YES | $_____ |
| Tonya Lewis-Williams | _____ | $_____ |
| Bradford Mitchell | _____ | $_____ |
| Rosalind Parker | _____ | $_____ |
| Szu-Cheng Sun (S.C. Cheng) | _____ | $_____ |

_____          _____

FOREPERSON                              DATE