UNITED STATES DISTRICT COURT
NORTHEN DISTRICT of CALIFORNIA

Case Number: 22-cv-06119-WHA

Case Name: Lewis-Williams, etal v. San Francisco Bay Area Rapid Transit District

NOTE FROM THE JURY

Note number: one (1)

Date: 10/22/2024

Time: 1pm

1. The Jury has reached a unanimous verdict ☐

or

2. The Jury ~~has the following question:~~ will deliberate until 2pm today and resume at 7:45am tomorrow

*Connie Green*
Presiding Juror