UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA LEWIS-WILLIAMS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>    Defendant. | No. C 22-06119 WHA<br><br>Consolidated Cases:<br>C 22-09193 WHA<br>C 22- 07720 WHA<br><br>**FINAL JUDGMENT** |

Final judgment is hereby entered against San Francisco Bay Area Rapid Transit District and in favor of:

1. Plaintiff Raymond Lockett in the amount of $1,507,570.00;

2. Plaintiff Ryan Rivera in the amount of $1,176,367.00;

3. Plaintiff Tonya Lewis-Williams in the amount of $1,371,657.00;

4. Plaintiff Bradford Mitchell in the amount of $1,163,971.00;

5. Plaintiff Rosalind Parker in the amount of $1,279,875.00; and

6. Plaintiff Szu-Cheng Sun in the amount of $1,325,140.00.

**IT IS SO ORDERED.**

Dated: October 23, 2024.

                                                            _____
                                                            WILLIAM ALSUP
                                                            UNITED STATES DISTRICT JUDGE