UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA LEWIS WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT,<br><br>Defendant. | No. C 22-06119 WHA<br><br>Consolidated Cases:<br>C 22-09193 WHA<br>C 22- 07720 WHA<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS** |

As stated on the record today, all post-trial motions (including Rule 59 and Rule 50 motions) must adhere to the following schedule:

- Opening Brief: **NOVEMBER 4, 2024, AT NOON**
- Opposition Brief: **NOVEMBER 14, 2024, AT NOON**
- Reply Brief: **NOVEMBER 19, 2024, AT NOON**

The hearing for any and all post-trial motions is hereby set for **DECEMBER 11, 2024, AT 8AM**.

**IT IS SO ORDERED.**

Dated: October 23, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE