UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA LEWIS WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, <br><br> Defendant. | No. C 22-06119 WHA <br><br> Consolidated Cases: <br> C 22-09193 WHA <br> C 22- 07720 WHA <br><br> **ORDER DENYING REQUEST TO RESET HEARING DATE** |

The stipulated request to reset the hearing scheduled on December 11, 2024, at 8am is **DENIED**. Counsel did not inform the Court of any conflicts with this hearing date when the briefing schedule for post-trial motions was given. As such, the briefing schedule and the hearing date will not change. For the reasons previously stated, the judge needs to hold this hearing on the date set.

**IT IS SO ORDERED.**

Dated: November 6, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE