Kevin T. Snider, CA State Bar No. 170988
  *Counsel of Record*
Matthew B. McReynolds, CA State Bar No. 234797
Milton E. Matchak, CA State Bar No. 215739
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Email: ksnider@pji.org;
       mmcreynolds@pji.org;
       mmatchak@pji.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA LEWIS-WILLIAMS, et al., | Case No.: 3:22-cv-06119-WHA |
| Plaintiffs, | |
| v. | **PLAINTIFFS' REPLY TO BART'S OPPOSITION TO MOTION FOR COSTS AND ATTORNEYS' FEES** |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | CONSOLIDATED CASES |
| Defendant. | |
| BRADFORD MITCHELL, | Case No.: 3:22-cv-07720-WHA |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT | |
| JERAMIAH COOPER, et al., | Case No.: 3:22-cv-09193-WHA |
| v. | |
| SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, | DATE: Dec. 11, 2024<br>TIME: 8:00 a.m.<br>JUDGE: Hon. William H. Alsup |

## PLAINTIFFS' REPLY TO BART'S OPPOSITION TO MOTION FOR COSTS AND ATTORNEYS' FEES

Counsel for Plaintiffs have reviewed the Defendant's opposition to Plaintiffs' motion for costs and attorneys' fees and have met and conferred with opposing counsel. Counsel for Plaintiffs do not dispute the figures set forth in the Defendant's opposition.

Dated: November 18, 2024            /s/ Kevin T. Snider
                                                                           Kevin T. Snider
                                                                           Matthew B. McReynolds
                                                                           Milton E. Matchak
                                                                           PACIFIC JUSTICE INSTITUTE

                                                                           *Attorneys for Plaintiffs*