UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA LEWIS-WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT, <br><br> Defendant. | No. C 22-06119 WHA <br><br> Consolidated Cases: <br> C 22-09193 WHA <br> C 22- 07720 WHA <br><br> **ORDER REGARDING MEDIATION** |

Counsel and all parties are ordered to appear in person before Judge Peter Kang at **11AM ON DECEMBER 26, 2024,** to mediate and to settle this case. Counsel shall make sure the union president is present as well.

**IT IS SO ORDERED.**

Dated: December 12, 2024.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE